FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 30  PM 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JILL MILLER**                                         CIVIL ACTION

versus                                                  NO. 08-1234

**JOHNNIE JONES, WARDEN,**                              SECTION: "F" (1)
**LOUISIANA CORRECTIONAL**
**INSTITUTE FOR WOMEN**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Jill Miller** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of SEPT, 2008.

_____
UNITED STATES DISTRICT JUDGE